UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| BUGG DESOTO, LLC | CIVIL ACTION NO. 19-cv-1049 |
| VERSUS | JUDGE FOOTE |
| CHESAPEAKE OPERATING, LLC | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Chesapeake recently filed a Suggestion of Bankruptcy (Doc. 20) in which it represented that it filed a petition for Chapter 11 relief in the bankruptcy court for the Southern District of Texas, Case No. 20-33233. Plaintiff will be allowed until **September 28, 2020** to file either (1) a motion to dismiss the claims against Chesapeake without prejudice so that the claims may be pursued in the bankruptcy court or (2) a copy of a motion to lift stay filed in the bankruptcy court that seeks permission to pursue this action against the defendant in this court. Counsel for Plaintiff may propose other alternatives to addressing the bankruptcy filing, but these are the two options ordinarily considered by parties in similar circumstances. If Plaintiff chooses to pursue a motion to lift stay, it must file a brief written report of the status of the motion on the first business day of each month beginning **November 2, 2020**.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 26th day of August, 2020.

Mark L. Hornsby
U.S. Magistrate Judge